STATE of Missouri, Respondent,

v.

Carlos Alfredo MELGAR, Appellant.

No. WD 73754.

Missouri Court of Appeals,
Western District.

April 24, 2012.

Matthew Ward, Assistant Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division II: KAREN KING MITCHELL, Presiding Judge, and MARK D. PFEIFFER and GARY D. WITT, Judges.

### Order

PER CURIAM:

Carlos A. Melgar appeals his conviction of unlawful use of a weapon following a jury trial in the Circuit Court of Pettis County, Missouri. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Arthur Thomas BASNETT, Appellant.

No. WD 73757.

Missouri Court of Appeals,
Western District.

April 24, 2012.

Danieal H. Miller, Columbia, MO, for Appellant.

Brent M. Nelson, Assistant Prosecuting Attorney, Columbia, MO, for Respondent.

Before Division II: VICTOR C. HOWARD, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Arthur Basnett appeals the judgment of his conviction for driving while intoxicated after a trial before the Circuit Court of Boone County, Missouri. Specifically, Basnett challenges the denial of his motion to suppress evidence related to his traffic stop by law enforcement personnel. Finding no error, we affirm in this *per curiam* order and have provided the parties a legal memorandum explaining our ruling. Rule 30.25(b).